AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 21, 2026
SEAN F. McAVOY, CLERK

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:25-CV-03075-JAG |
| ) | |
| ) | |
| KIM EUGENE BRAIN and JULIE LYNN BRAIN | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Default Judgment as to Julie Brain, ECF No. 13, is GRANTED. The Court finds that Defendant Julie Brain has forfeited any and all rights and claims to the Certificate's death benefit. Consequently, Protective shall deposit the Certificate's $200,000.00 death benefit into the Court's Registry. Protective Life is discharged of liability arising from the Certificate and/or Certificate's death benefit.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JAMES A. GOEKE

Date: 1/21/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*